IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-1239-03-PHX-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Evan William Logue, | ) | |
| Defendant. | ) | |

This matter came on for hearing pursuant to a Petition to Revoke Pretrial Release filed September 27, 2006. This is the third petition to revoke filed by pretrial services.

At the hearing, the Government proffered that Defendant has been charged in state court with Aggravated Assault With a Deadly Weapon. The allegation is that Defendant struck and injured four victims with his vehicle on September 6, 2006.

Defendant's counsel admits there is probable cause to believe Defendant committed the alleged offense and the court so concludes. With the finding of probable cause that Defendant committed a felony while on release a rebuttable presumption arises that no release conditions can ensure the safety of others.

The aggravated assault charge is the second allegation of a crime committed by Defendant while on release. The first was smoking marijuana on March 21, 2006 (subject of May 4, 2006 petition). Defendant ignores court orders, be they conditions of release,

orders to appear, or orders of protection. He allegedly has driven on a suspended license and uses aliases.

The court concludes that Defendant has not rebutted the presumption set forth in 18 U.S.C. §3148(b). Further, that no condition or combination of conditions will reasonably assure the safety of others and the community.

**IT IS THEREFORE ORDERED** that defendant be detained as a danger to others and the community pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 11th day of October, 2006.

Edward C. Voss
United States Magistrate Judge